ORIGINAL

SKD.sat

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 29 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| SKD, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NEW SAMMI ROCK, INC., U.S. SMALL BUSINESS ADMINISTRATION and SAMMI ROCK PRODUCTS, INC., <br><br> Defendants. | CIVIL CASE NO. 99-00096 <br><br> SATISFACTION OF JUDGMENT |
| UNITED STATES OF AMERICA, <br><br> Counterclaimant, <br><br> vs. <br><br> NEW SAMMI ROCK, INC. and SKD, INC., <br><br> Counterclaim Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Satisfaction of the judgment obtained herein is acknowledged, and you are instructed to enter a Satisfaction of Judgment. An Abstract of Judgment against Suk Namkoong, individually

//

//

and dba SKD, Inc. was entered by the Department of Land Management, Territory of Guam, on November 7, 2003, as Instrument Number 683790.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 29th day of March, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Marivic P. David
MARIVIC P. DAVID
Assistant U.S. Attorney